Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
(*Pro Hac Vice Admission Pending*)
Kenneth Matuszewski
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorney for Plaintiff*
*Sockeye Licensing TX, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sockeye Licensing TX LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Fujitsu America, Inc.,** <br><br> Defendant. | Case No. 3:18-cv-07492-EDL <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT** |

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Pursuant to Local Rule 6-1(a), the parties have agreed to extend Defendant's time to answer the Complaint to February 25, 2019. The reason for this requested extension is to allow counsel for Defendant to investigate the allegations set forth in Plaintiff's Complaint and consider an appropriate response. No party will be prejudiced

1

by this brief extension.

Dated: January 9, 2019                              Respectfully submitted,

/s/ Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Isaac Rabicoff
Isaac Rabicoff
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

/s/ Kenneth Matuszewski
Kenneth Matuszewski
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
kenneth@rabilaw.com

*Counsel for Plaintiff, Sockeye Licensing TX, LLC*

/s/ Gina Culpepper
Fujitsu Network Communications
2801 Telecom Parkway
Richardson, TX 75082
P: (972) 479-2128
F: (972) 479-2992
Gina.Culpepper@us.fujitsu.com

*Counsel for Defendant Fujitsu America, Inc.*