Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorney for Plaintiff*
*Sockeye Licensing TX, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sockeye Licensing TX LLC**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Fujitsu America, Inc.**,<br><br>    Defendant. | Case No. 3:18-cv-07492-EDL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

  Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Pursuant to Local Rule 6-1(a), the parties have agreed to extend Defendant's time to respond to the Complaint to April 11, 2019. The reason for this requested extension is the parties have made substantial progress toward an agreement to resolve this action. No party will be prejudiced by this brief extension.

1

| | | |
|---|---|---|
| 1 | Dated:  February 25, 2019 | Respectfully submitted, |
| 2 | | /s/ Nicholas Ranallo |
| 3 | | Nicholas Ranallo, Attorney at Law |
| | | 2443 Fillmore St., #380-7508 |
| 4 | | San Francisco, CA 94115-1814 |
| 5 | | nick@ranallolawoffice.com |
| | | P: (831) 607-9229 |
| 6 | | F: (831) 533-5073 |
| 7 | | /s/ Isaac Rabicoff |
| 8 | | Isaac Rabicoff |
| | | RABICOFF LAW LLC |
| 9 | | 73 W Monroe St |
| | | Chicago, IL 60603 |
| 10 | | 773-669-4590 |
| 11 | | isaac@rabilaw.com |
| 12 | | /s/ Kenneth Matuszewski |
| | | Kenneth Matuszewski |
| 13 | | RABICOFF LAW LLC |
| | | 73 W Monroe St |
| 14 | | Chicago, IL 60603 |
| 15 | | 773-669-4590 |
| | | kenneth@rabilaw.com |
| 16 | | |
| 17 | | *Counsel for Plaintiff, Sockeye Licensing TX, LLC* |
| 18 | | |
| 19 | | /s/ Charles Barquist |
| | | Charles Barquist |
| 20 | | Maschoff Brennan |
| | | 300 South Grand Ave., 14th Floor |
| 21 | | Los Angeles, CA 90071 |
| 22 | | P: (949) 202-1900 |
| | | F: (949) 453-1104 |
| 23 | | cbarquist@mabr.com |
| 24 | | *Counsel for Defendant Fujitsu America, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

| | |
|---|---|
| 1 | |
| 2 | SO ORDERED, this _____ day of _____ 2019. |
| 3 | |
| 4 | _____ |
|   | United States District Court Judge |

3