Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorneys for Plaintiff*
*Sockeye Licensing TX, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sockeye Licensing TX LLC**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Fujitsu America, Inc.**,<br><br>    Defendant. | Case No. 3:18-cv-07492-EDL<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

1

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding further extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Pursuant to Local Rule 6-1(a), the parties have agreed to further extend Defendant's time to respond to the Complaint from April 11, 2019 to May 10, 2019. The reason for this requested extension is the parties have reached an agreement in principal on terms to resolve this action, and need additional time to finalize the matter. No party will be prejudiced by this brief extension, and the extension will not alter the date of any event or any deadline already fixed by Court order.

Dated:  April 9, 2019

Respectfully submitted,

/s/ Nicholas Ranallo_____
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Isaac Rabicoff
Isaac Rabicoff
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

/s/ Kenneth Matuszewski
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
kenneth@rabilaw.com

*Counsel for Plaintiff Sockeye Licensing TX, LLC*


/s/ Charles Barquist
Charles Barquist
Maschoff Brennan
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
P: (949) 202-1900
F: (949) 453-1104
cbarquist@mabr.com

*Counsel for Defendant Fujitsu America, Inc.*