Nicholas Ranallo, Attorney at Law (SBN 275016)
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorney for Plaintiff*
*Sockeye Licensing TX, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sockeye Licensing TX LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Fujitsu America, Inc.,**<br><br>Defendant. | Case No. 3:18-cv-07492-EDL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sockeye Licensing TX LLC ("Sockeye") and Defendant Fujitsu America, Inc. ("Fujitsu") stipulate to dismiss all claims by Sockeye against Fujitsu made therein without prejudice to re-filing the same.

It is further stipulated and agreed that all costs and expenses relating to this litigation

(including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated:  April 26, 2019                          Respectfully submitted,

/s/ Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Isaac Rabicoff
Isaac Rabicoff
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

/s/ Kenneth Matuszewski
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
kenneth@rabilaw.com

*Counsel for Plaintiff, Sockeye Licensing TX, LLC*

/s/ Charles Barquist
Charles Barquist
Maschoff Brennan
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
P: (949) 202-1900
F: (949) 453-1104
cbarquist@mabr.com

*Counsel for Defendant Fujitsu America, Inc.*